# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. __10-20798-CR-COOKE(s)__
### 21 U.S.C. § 963
### 21 U.S.C. § 959(a)(2)
### 21 U.S.C. § 959(b)(2)
### 21 U.S.C. § 853

**UNITED STATES OF AMERICA**

**vs.**

**ALVARO SUAREZ GRANADOS,**
      a/k/a "Coco,"
**SAMMY ECHTAYA RIOS,**
**ALVARO SUAREZ MONTANEZ,**
      a/k/a "Alvarito,"
**MARCO CASTILLO BERTRAD,**
      a/k/a "Mi Rey,"
**MIGUEL ANTONIO MONROY RAMIREZ,**
      a/k/a "Mitchell,"
      a/k/a "Barbas,"
      a/k/a "Ojon,"
      a/k/a "Viejo,"
**OSCAR HUMBERTO SIERRA PASTRANA,**
      a/k/a "Mickey,"
      a/k/a "Lucas,"
**OSCAR GUILLERMO SIERRA FERRO,**
      a/k/a "Gordo,"
**JOHN FINKELSTEIN WINER,**
      a/k/a "El Judio,"
**JOHN FREDY RUIZ GARZON,**
      a/k/a "Negro,"
**ENRIQUE MORENO SERRANO,**
      a/k/a "Catalino,"
**CARLOS ANTONIO ORTEGA BONILLA,**
**LUIS FELIPE GUERRERO,**
      a/k/a "Gordo,"
**OSCAR ARBELAEZ DAVILA,**
      a/k/a "Tocayo,"
**NORBERTO CASTANEDA VARGAS,**
      a/k/a "Beto,"
**JOSE HUGO SALAZAR BUITRAGO,**
      a/k/a "Brother,"



FILED by ___ D.G.

JUN - 7 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

**MONICA LILIANA FRANCO GARCIA,**
      a/k/a "La Mona,"
**FABIO GRACIA MONTES,**
**and**
**JOSE EDUARDO SUAZA VARGAS,**

        **Defendants.**

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or about April 2009, the exact date being unknown to the Grand Jury, and continuing until the date of the return of the superseding indictment, in the country of Colombia, South America and elsewhere, the defendants,

**ALVARO SUAREZ GRANADOS,**
**a/k/a "Coco,"**
**SAMMY ECHTAYA RIOS,**
**ALVARO SUAREZ MONTANEZ,**
**a/k/a "Alvarito,"**
**MARCO CASTILLO BERTRAD,**
**a/k/a "Mi Rey,"**
**MIGUEL ANTONIO MONROY RAMIREZ,**
**a/k/a "Mitchell,"**
**a/k/a "Barbas,"**
**a/k/a "Ojon,"**
**a/k/a "Viejo,"**
**OSCAR HUMBERTO SIERRA PASTRANA,**
**a/k/a "Mickey,"**
**a/k/a "Lucas,"**
**OSCAR GUILLERMO SIERRA FERRO,**
**a/k/a "Gordo,"**
**JOHN FINKELSTEIN WINER,**
**a/k/a "El Judio,"**
**JOHN FREDY RUIZ GARZON,**
**a/k/a "Negro,"**
**ENRIQUE MORENO SERRANO,**

2

a/k/a "Catalino,"
**CARLOS ANTONIO ORTEGA BONILLA,**
**LUIS FELIPE GUERRERO,**
a/k/a "Gordo,"
**OSCAR ARBELAEZ DAVILA,**
a/k/a "Tocayo,"
**NORBERTO CASTANEDA VARGAS,**
a/k/a "Beto,"
**JOSE HUGO SALAZAR BUITRAGO,**
a/k/a "Brother,"
**MONICA LILIANA FRANCO GARCIA,**
a/k/a "La Mona,"
**FABIO GRACIA MONTES,**
**and**
**JOSE EDUARDO SUAZA VARGAS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to manufacture and distribute a controlled substance in Schedule II, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about June 25, 2009, in the country of Colombia, South America, and elsewhere, the defendants,

**ALVARO SUAREZ GRANADOS,**
a/k/a "Coco,"
**ALVARO SUAREZ MONTANEZ,**
a/k/a "Alvarito,"
**MARCO CASTILLO BERTRAD,**

3

a/k/a "Mi Rey,"
**MIGUEL ANTONIO MONROY RAMIREZ,**
a/k/a "Mitchell,"
a/k/a "Barbas,"
a/k/a "Ojon,"
a/k/a "Viejo,"
**JOHN FREDY RUIZ GARZON,**
a/k/a "Negro,"
**NORBERTO CASTANEDA VARGAS,**
a/k/a "Beto,"
**JOSE HUGO SALAZAR BUITRAGO,**
a/k/a "Brother,"
**MONICA LILIANA FRANCO GARCIA,**
a/k/a "La Mona,"
**FABIO GRACIA MONTES,**
**and**
**JOSE EDUARDO SUAZA VARGAS,**

did knowingly and intentionally manufacture and distribute a controlled substance in Schedule II,

knowing that such substance would be unlawfully imported into the United States, in violation of

Title 21, United States Code, Section 959(a)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

### COUNT 3

Beginning in or about April 2009, the exact date being unknown to the Grand Jury, and

continuing until the date of the return of the superseding indictment, in the country of Colombia,

South America and elsewhere, the defendants,

**ALVARO SUAREZ GRANADOS,**
a/k/a "Coco,"
**ALVARO SUAREZ MONTANEZ,**
a/k/a "Alvarito,"
**MARCO CASTILLO BERTRAD,**

4

a/k/a "Mi Rey,"
**MIGUEL ANTONIO MONROY RAMIREZ,**
a/k/a "Mitchell,"
a/k/a "Barbas,"
a/k/a "Ojon,"
a/k/a "Viejo,"
**JOHN FREDY RUIZ GARZON,**
a/k/a "Negro,"
**NORBERTO CASTANEDA VARGAS,**
a/k/a "Beto,"
**JOSE HUGO SALAZAR BUITRAGO,**
a/k/a "Brother,"
**MONICA LILIANA FRANCO GARCIA,**
a/k/a "La Mona,"
**FABIO GRACIA MONTES,**
**and**
**JOSE EDUARDO SUAZA VARGAS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and

others unknown to the Grand Jury, to possess with the intent to distribute a controlled substance

while on board an aircraft registered in the United States, in violation of Title 21, United States

Code, Section 959(b)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 4

On or about June 25, 2009, in the Country of Colombia, South America, and elsewhere,

while on board an aircraft registered in the United States, the defendants,

**FABIO GRACIA MONTES**
**and**
**JOSE EDUARDO SUAZA VARGAS,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in

5

violation of Title 21, United States Code, Section 959(b)(2) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1.    The allegations of Counts 1 through 4 of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest.

2.    Upon conviction of any violation of Title 21, United States Code, Sections 959(a), 959(b) or 963, the defendants shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ALVARO SUAREZ GRANADOS, et al.,

Defendants.

_____/

CASE NO. ___10-20798-CR-COOKE(s)___

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)      Yes  X  _____   _____  No

Number of New Defendants      16

Total number of counts      4

**Court Division:** (Select One)

X  Miami   _____ Key West
_____ FTL   _____ WPB   _____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)      **YES**
     List language and/or dialect      **SPANISH**

4.   This case will take   __8__   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

(Check only one)

| | | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | | | Petty | |
| II | 6 to 10 days | X | | Minor | |
| III | 11 to 20 days | | | Misdem. | |
| IV | 21 to 60 days | | | Felony | X |
| V | 61 days and over | | | | |

6.   Has this case been previously filed in this District Court?  (Yes or No)   **YES**

If yes:
Judge: _____COOKE_____      Case No. ___10-20798-CR-COOKE___
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)   **NO**
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)   **NO**

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____  Yes   X   No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____  Yes   X   No

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500885

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  ALVARO SUAREZ GRANADOS, a/k/a "Coco"**

**Case No**:  **10-20798-CR-COOKE(s)**

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that it such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count  #: 2

 Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such

 cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty**:  Life Imprisonment

Count  #: 3

 Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on

 board an aircraft registered in the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **SAMMY ECHTAYA RIOS**

**Case No**: **10-20798-CR-COOKE(s)**

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **ALVARO SUAREZ MONTANEZ, a/k/a "Alvarito"**

**Case No**: **10-20798-CR-COOKE(s)**

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that it such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count #: 2

 Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such

 cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty**:  Life Imprisonment

Count #: 3

 Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on

 board an aircraft registered in the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **MARCO CASTILLO BERTRAD, a/k/a "Mi Rey"**

**Case No**: **10-20798-CR-COOKE(s)**

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

Count #: 2

Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty**:   Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on board an aircraft registered in the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name:**  **MIGUEL ANTONIO MONROY RAMIREZ, a/k/a "Mitchell,"**

**a/k/a "Barbas," a/k/a "Ojon," a/k/a "Viejo"**

**Case No:**  **10-20798-CR-COOKE(s)**

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

Count #: 2

 Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such

 cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty:**  Life Imprisonment

Count #: 3

 Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on

 board an aircraft registered in the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty:**  Life Imprisonment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **OSCAR HUMBERTO SIERRA PASTRANA, a/k/a "Mikey,"**

**a/k/a "Lucas"**

**Case No:** **10-20798-CR-COOKE(s)**

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**:  **OSCAR GUILLERMO SIERRA FERRO, a/k/a "Gordo"**

**Case No**:  **10-20798-CR-COOKE(s)**

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: **JOHN FINKELSTEIN WINER, a/k/a "El Judio"**

**Case No**:  **10-20798-CR-COOKE(s)**

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **JOHN FREDY RUIZ GARZON, a/k/a "Negro"**

**Case No**:  **10-20798-CR-COOKE(s)**

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count  #: 2

 Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such

 cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty**:  Life Imprisonment

Count  #: 3

 Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on

 board an aircraft registered in the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **ENRIQUE MORENO SERRANO, a/k/a "Catalino"**

**Case No**:  **10-20798-CR-COOKE(s)**

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **CARLOS ANTONIO ORTEGA BONILLA**

**Case No**:  **10-20798-CR-COOKE(s)**

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the

 knowledge that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **LUIS FELIPE GUERRERO, a/k/a "Gordo"**

**Case No**:  **10-20798-CR-COOKE(s)**

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: **OSCAR ARBELAEZ DAVILA, a/k/a "Tocayo"**

**Case No**:  **10-20798-CR-COOKE(s)**

Count  #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **NORBERTO CASTANEDA VARGAS, a/k/a "Beto"**

**Case No**:  **10-20798-CR-COOKE(s)**

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count #: 2

 Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such

 cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty**:  Life Imprisonment

Count #: 3

 Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on

 board an aircraft registered in the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **JOSE HUGO SALAZAR BUITRAGO, a/k/a "Brother"**

**Case No**: **10-20798-CR-COOKE(s)**

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count #: 2

 Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such

 cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty**:  Life Imprisonment

Count #: 3

 Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on

 board an aircraft registered in the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **MONICA LILIANA FRANCO GARCIA, a/k/a "La Mona"**

**Case No**:  **10-20798-CR-COOKE(s)**

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count #: 2

 Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty**:  Life Imprisonment

Count #: 3

 Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on board an aircraft registered in the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: FABIO GRACIA MONTES**

**Case No: 10-20798-CR-COOKE(s)**

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count #: 2

 Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such

 cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty**:  Life Imprisonment

Count #: 3

 Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on

 board an aircraft registered in the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

PENALTY SHEET

**Defendant's Name**: **FABIO GRACIA MONTES**

**Case No**:  **10-20798-CR-COOKE(s)**

Count  #: 4

 Possession with the intent to distribute five kilograms or more of cocaine while on board an

 aircraft registered in the United States.

 Title 21, United States Code, Section 959(b)(2)

**\* Max.Penalty**:  Life Imprisonment

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **JOSE EDUARDO SUAZA VARGAS**

**Case No**:  **10-20798-CR-COOKE(s)**

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

Count #: 2

 Manufacture and distribution of five kilograms or more of cocaine with the knowledge that such

 cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 959(a)(2)

**\* Max.Penalty**:  Life Imprisonment

Count #: 3

 Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on

 board an aircraft registered in the United States.

 Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life Imprisonment

PENALTY SHEET

**Defendant's Name**: **JOSE EDUARDO SUAZA VARGAS**

**Case No**:  **10-20798-CR-COOKE(s)**

Count  #: 4

 Possession with the intent to distribute five kilograms or more of cocaine while on board an

 aircraft registered in the United States.

 Title 21, United States Code, Section 959(b)(2)

* **Max.Penalty**:  Life Imprisonment

2