UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20798-CR-COOKE


UNITED STATES OF AMERICA,

              Plaintiff,                MAY 23, 2013

      vs.

                                         MIAMI, FLORIDA

JOHN FINKELSTEIN WINER and
JOSE SALAZAR BUITRAGO,

                                         TRIAL DAY 4

              Defendants.
_____/     Pages 1 - 27


TRANSCRIPT OF TRIAL PROCEEDINGS
CHANGE OF PLEAS
BEFORE THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE GOVERNMENT:    ANDREA HOFFMAN, AUSA
                          CYNTHIA WOOD, AUSA
                          Office of U.S. Attorney
                          11200 NW 20th Street
                          Miami, Florida  33172


FOR DEFT. JOHN        JOSE QUINON, ESQ.
FINKELSTEIN WEINER:    KRISTINA MARANGES, ESQ.
                          Jose Quinon, PA
                          2333 Brickell Avenue
                          Suite 1
                          Miami, Florida  33129


THURSDAY, MAY 23, 2013

```
FOR DEFT. JOSE SALAZAR
BUITRAGO:              KASHYAP PATEL, ESQ.
                      HELAINE BATOFF, ESQ.
                      Office of U.S. Public Defender
                      150 W. Flagler Street
                      Suite 1700
                      Miami, Florida  33130




Reported By:          Diane Miller, RMR, CRR
                      Official Court Reporter
                      400 N. Miami Avenue, Room 11-2
                      Miami, FL  33128
                      (305)523-5152
                      diane_miller@flsd.uscourts.gov
```

THURSDAY, MAY 23, 2013

```
1                    P-R-O-C-E-E-D-I-N-G-S
2          THE COURTROOM DEPUTY:  All rise, court back in
3   session, please come to order.
4          THE COURT:  For the record, appearing on behalf of
5   the United States?
6          MS. HOFFMAN:  Andrea Hoffman and Cynthia Wood on
7   behalf of the U.S. Attorney's Office, and the case agents from
8   yesterday as well, Your Honor.
9          THE COURT:  Appearing on behalf Mr. Finkelstein
10  Winer?
11         MR. QUINON:  Jose Quinon, and Kristina Maranges on
12  behalf of Mr. Finkelstein present before the Court --
13         THE COURT:  Appearing on behalf of Mr. Salazar
14  Buitrago?
15         MR. PATEL:  Kash Patel and Helaine Batoff, Assistant
16  Federal Public Defenders on behalf of Mr. Buitrago, who is
17  present with an interpreter.
18         THE COURT:  For the record, I understand, Mr. Quinon,
19  that your client wishes to change his previous plea of not
20  guilty and enter a plea of guilty to count one of the
21  indictment; is that correct?
22         MR. QUINON:  That is correct, Your Honor.
23         We I spoke to the Government, and we would like to do
24  a change of plea.  I would like to do that, a plea on -- under
25  Rule 11(c)(1)(c) with a 36-month term of incarceration, Your
```

THURSDAY, MAY 23, 2013

1    Honor.

2            THE COURT:  Your client was arraigned originally in

3    this matter back in July?

4            MR. QUINON:  I believe --

5            THE COURTROOM DEPUTY:  June 12th, 2012.

6            MR. QUINON:  Yes.

7            THE COURT:  Has he spent any time in custody abroad?

8            MR. QUINON:  Yes, Your Honor.  He has been in custody

9    since September 1, 2011, and he would get credit for that

10   time.

11           THE COURT:  And for the record, Mr. Patel, your

12   client wishes to proceed to trial?

13           MR. PATEL:  No offers have been made to my client,

14   Judge.

15           THE COURT:  Is that correct?

16           MS. HOFFMAN:  I have not, Your Honor.  If Mr. Patel

17   would like to investigate a plea offer, I will have those

18   discussions again.  I was understanding he was not interested,

19   so I did not approach him this morning.

20           MR. PATEL:  If he is getting 36 --

21           MS. HOFFMAN:  I had asked yesterday if we could speak

22   with them, and they had never responded to me.

23           MR. PATEL:  Wait a second.  No, I'm letting you

24   finish.

25           MS. HOFFMAN:  I had sent an e-mail to Mr. Patel and

THURSDAY, MAY 23, 2013

1  Miss Batoff to ask if we could discuss --

2          THE COURT:  Is there an offer available to

3  Mr. Patel's client for 36 months.

4          MS. HOFFMAN:  I just got approval for that for

5  Mr. Finkelstein.  I did not ask for that, I can step out, and

6  we can have conversations with my office.  I have to have

7  supervisory approval for that kind of plea, and I did not ask

8  for that for Mr. Patel.

9          MR. PATEL:  Well, Judge, if she could ask for that;

10 and we were not aware of that that was even a possibility,

11 that's all I wanted to let you know.  I'm telling you we

12 haven't been -- I am not telling you we are not interested.  I

13 think if Mr. Finkelstein being offered 36 months is fair to my

14 client, after everything that has happened here.

15         THE COURT:  Everybody take a seat.

16         Miss Hoffman, step outside and see if that is

17 available to Mr. Salazar Buitrago please.

18         MS. HOFFMAN:  Yes, ma'am.

19         MS. BATOFF:  There was an e-mail that said can we

20 meet.

21         MS. WOODS:  No, that's not --

22         THE COURT:  Everybody take your seats, just calm

23 down.

24         MS. HOFFMAN:  For purposes of the record, just to

25 keep you apprised, it is a two-tier process, they are both

THURSDAY, MAY 23, 2013

1  speaking to one another right now.  I will be back outside.

2          Your Honor, my office is prepared to make the same

3  offer to both defendants.

4          THE COURT:  Mr. Patel, do you need a moment with your

5  client?

6          MR. PATEL:  I do, ma'am, please.

7          THE COURT:  Do you need the use of one of the

8  interpreters?

9          MR. PATEL:  I do.  Miss Batoff's Spanish is good.

10         THE COURT:  I'm turning off your microphones.

11         MR. PATEL:  Can I just ask if it is to count one, as

12 well, just so I can tell him.

13         MS. HOFFMAN:  It can be count three, if you prefer;

14 it doesn't matter.  It is the same penalties for all three

15 counts.

16         THE COURT:  All of the microphones at defense counsel

17 table are off.

18         MS. HOFFMAN:  Would you like us to just step out of

19 the room?

20         THE COURT:  Yes.  We are in recess.

21    (Recess was had at 10:27 a.m.; proceedings resumed at

22 10:35 a.m.)

23         THE COURTROOM DEPUTY:  Ready.

24         MR. PATEL:  Yes.

25         THE COURTROOM DEPUTY:  We are ready, Judge.

THURSDAY, MAY 23, 2013

1          I'll ask both defendants to raise your hand for the

2    record and to be sworn.

3          THE COURT:  Mr. Patel, is your client willing to

4    proceed?

5          MR. PATEL:  My client will be entering a change of

6    plea to the Government's offer, 36 months.  We can do the plea

7    simultaneously with Mr. Finkelstein, if that's amenable to the

8    Court.

9          THE COURT:  Thank you very much.

10         THE COURTROOM DEPUTY:  Both defendants raise your

11   right hands.

12       JOHN FINKELSTEIN WINER and JOSE SALAZAR BUITRAGO,

13                    DEFENDANTS, WERE SWORN.

14         THE COURT:  Please state your names for the record,

15   beginning with Mr. Winer.

16         THE DEFENDANT:  John Finkelstein Winer.

17         THE COURT:  And Mr. Salazar Buitrago.

18         THE DEFENDANT:  Jose Hugo Salazar Buitrago.

19                    DIRECT EXAMINTION

20   BY THE COURT:

21   Q.  For both defendants, do you understand that you are now

22   under oath in connection with this matter, and any answer that

23   you give that is false could later be used against you in a

24   prosecution for perjury or making a false statement?

25         Mr. Finkelstein Winer?

THURSDAY, MAY 23, 2013

```
 1   A.   Yes.

 2   Q.   And Mr. Salazar Buitrago?

 3   A.   Yes, I understand.

 4   Q.   Mr. Salazar Buitrago, where were you born?

 5   A.   Buga, Valle, Colombia.

 6   Q.   How old are you?

 7   A.   I am 60.

 8   Q.   How far did you go in school?

 9   A.   I just barely completed first grade and elementary school,

10   that's all.

11   Q.   Was that in Colombia?

12   A.   Yes, in Colombia.

13   Q.   Are you a Colombian citizen?

14   A.   Yes.

15   Q.   Mr. Finkelstein Winer, where were you born?

16   A.   I was born in Bogota, Colombia.

17   Q.   How old are you?

18   A.   Fifty-nine years old.

19   Q.   How far did you go in school?

20   A.   I graduate college and MBA in economics.

21   Q.   And what country?

22   A.   Colombia.

23   Q.   And are you a citizen of Colombia?

24   A.   Yes, ma'am.

25   Q.   Mr. Finkelstein Winer, have you ever been treated for
```

THURSDAY, MAY 23, 2013

```
 1   depression?
 2   A.  No, ma'am.
 3   Q.  Ever been treated for any mental illness?
 4   A.  No, ma'am.
 5   Q.  Ever been treated to any addiction to narcotics or
 6   alcohol?
 7   A.  No, Your Honor.
 8   Q.  Mr. Salazar Buitrago, have you ever been treated for
 9   depression?
10   A.  Not at this time, no.
11   Q.  Any mental illness?
12   A.  No.
13   Q.  Any addiction to narcotic drugs or alcohol?
14   A.  For 37 years, I used drugs.
15   Q.  And when was the last time you used any kind of illegal
16   drugs?
17   A.  About two years and eight months ago, because I had a
18   heart attack because of the use of drugs.
19   Q.  Mr. Finkelstein Winer, are you presently taking any kind
20   of prescription medication?
21   A.  Yes, ma'am.
22   Q.  What kind?
23   A.  Cardioasparina for blood pressure.
24   Q.  Other than that, have you had any drugs or alcohol prior
25   to coming to court today?
```

THURSDAY, MAY 23, 2013

```
1   A.   No, ma'am.

2   Q.   And Mr. Salazar Buitrago, are you taking any kind of

3   prescription medication?

4   A.   That is correct, I have to several medications a day.

5   Q.   And are those for your heart?

6   A.   Yes, for my heart, and I have problems with cardiac rhythm

7   and I get dizzy and I may faint due to cardioarrhythmia.

8   Q.   Prior to coming to court today, have you had any alcohol?

9   A.   No.

10  Q.   Have you had any alcohol in the past 48 hours?

11  A.   No, negative.

12            THE COURT:  Mr. Patel, do you believe that your

13  client is competent to enter a guilty plea to these charges?

14            MR. PATEL:  Yes, ma'am.

15  BY THE COURT:

16  Q.   Mr. Finkelstein Winer, have you had any drugs other than

17  the ones you have taken for prescription medication prior to

18  coming to court today?

19  A.   No, ma'am.

20  Q.   Any alcohol?

21  A.   No, ma'am.

22            THE COURT:  Counsel, do you believe your client is

23  competent to enter a guilty plea to these charges?

24            MR. QUINON:  I do, Your Honor.

25
```

THURSDAY, MAY 23, 2013

1   BY THE COURT:

2   Q.  Mr. Finkelstein Winer, have you had an opportunity to

3   review the indictment and the charges in this case with your

4   attorney?

5   A.  Yes, Your Honor.

6   Q.  And are you satisfied with the representation from your

7   lawyer?

8   A.  Very much, Your Honor.

9   Q.  And is there anything about your representation that you

10  are not satisfied with?

11  A.  Not at all.

12  Q.  Sir, after discussing this matter with your attorney, are

13  you pleading guilty because you believe it's in your best

14  interest to do so?

15  A.  Yes, Your Honor.

16  Q.  Mr. Salazar Buitrago, have you had an opportunity to

17  review the indictment with your attorney?

18  A.  Yes, I have been well informed by my lawyer.

19  Q.  And are you satisfied with the representation that you

20  have received from your attorney?

21  A.  Quite satisfied, yes.

22  Q.  And is there anything about your representation that you

23  are not satisfied with?

24  A.  Everything is excellent.

25  Q.  And are you pleading guilty because you have discussed

THURSDAY, MAY 23, 2013

1  this with your attorney and you think it's the best thing for

2  you to do?

3  A.   That is correct.   That is my best option.

4  Q.   Mr. Finkelstein Winer, you are pleading guilty to count

5  one of the indictment; is that correct?

6  A.   That is correct, Your Honor.

7          THE COURT:   And Mr. Salazar Buitrago is pleading

8  guilty to count one; is that correct?

9          MR. PATEL:   Yes, ma'am.

10          THE COURT:   Counseled for the United States, what are

11  the maximum penalties that the defendants could face on count

12  one of the indictment?

13          MS. HOFFMAN:   Statutory maximum penalty is life

14  imprisonment, Your Honor, where a mandatory minimum sentence

15  of ten years absent eligibility for safety valve.

16  BY THE COURT:

17  Q.   Mr. Finkelstein Winer, do you understand those are the

18  maximum penalties in this case?

19  A.   No.

20  Q.   By the statute, not by what you would receive but by the

21  statute.

22  A.   Yes, thank you.

23  Q.   Mr. Salazar Buitrago, do you understand those are the

24  statutory maximum in this case?

25  A.   I fully understand perfectly well.

THURSDAY, MAY 23, 2013

1  Q.  Now, do you both understand that -- have you discussed

2  sentencing guidelines?  Those are -- that's the tables that

3  the Court uses to determine sentences in this case.

4          Mr. Finkelstein Winer?

5  A.  Yes, I understand that.

6  Q.  And Mr. Salazar Buitrago?

7  A.  Yes.

8  Q.  And --

9  A.  Yes, Your Honor.

10 Q.  And do you understand that the sentencing guidelines are

11 advisory to the Court and it is just an estimate of the

12 sentence that you might receive in this case?  Mr. Salazar

13 Buitrago, do you understand that?

14 A.  Yes, Your Honor.

15         MS. HOFFMAN:  Your Honor, if I may interrupt, Your

16 Honor, but under Rule 11(e)(1)(c) -- (c)(1)(c), I apologize,

17 the language of that provision is that if you accept the plea,

18 Your Honor, then the sentencing range of 36 months is binding

19 on the Court.  So if the Court is disinclined to be bound by

20 it, then we can't do a plea under that provision.

21         THE COURT:  All right.

22         I need to know that what their rights are under the

23 sentencing guidelines.

24 BY THE COURT:

25 Q.  Do you understand that, sir, what the sentencing

THURSDAY, MAY 23, 2013

1  guidelines are for the Court?

2  A.  Yes, Your Honor.

3  Q.  But you both understand that because you are pleading

4  guilty to a specific provision of Rule 11 that I am bound by

5  that provision in this case?

6          Mr. Finkelstein Winer, you understand that?

7  A.  Yes, I do, Your Honor.

8  Q.  And Mr. Salazar Buitrago, you understand that?

9  A.  Yes.

10 Q.  And you understand that because we are pleading guilty to

11 a certain provision of Rule 11, you are giving up certain

12 appellate rights that you might have for the sentencing

13 guidelines.

14         You understand that, Mr. Finkelstein Winer?

15 A.  Yes, I do, Your Honor.

16 Q.  And you understand that, Mr. Buitrago?

17 A.  Yes.

18         THE COURT:  Counsel for the United States, because

19 each defendant is pleading guilty to some very specific

20 things, would you place that on the record for the Court and

21 the defendants, please.

22         MS. HOFFMAN:  Meaning the charges or the factual

23 basis?

24         THE COURT:  No, the actual amount of time and any

25 other promises that have been made to the defendants.

THURSDAY, MAY 23, 2013

1           MS. HOFFMAN:  Thank you.  I'm sorry.

2           The sentence plea offer that is being entered into

3   here today, Your Honor, is a sentence to the term of

4   imprisonment of 36 months.  Both of these defendants have been

5   in custody, Your Honor, since September 1st of 2011; that

6   custody was in Colombia; for Mr. Buitrago, up through February

7   of 2012, and through June for Mr. Finkelstein.  However, the

8   36-month sentence would include the time already served

9   beginning from September 1, 2011, because it was in custody on

10  these charges, in Colombia.

11  BY THE COURT:

12  Q.  Mr. Finkelstein Winer, is that your understanding of what

13  you are pleading to in this case?

14  A.  Yes, Your Honor.

15  Q.  And Mr.  Salazar Buitrago, is that your understanding of

16  what you are pleading guilty to in this case?

17  A.  Yes.

18  Q.  Mr. Salazar Buitrago, other than what's been placed on the

19  record, has anyone promised you anything else or made any

20  other promises to you in this case?

21  A.  No.

22  Q.  Mr. Finkelstein Winer, other than what has been placed on

23  the record, has anyone promised you anything else -- has

24  anyone promised you anything else other than what's been

25  placed on the record?

1  A.  No, Your Honor.

2  Q.  Now, do you both understand that you are pleading guilty

3  to felony offenses?

4         Mr. Finkelstein Winer?

5  A.  Yes, Your Honor.

6  Q.  And Mr. Buitrago?

7  A.  Yes, Your Honor.

8  Q.  And you should understand that in this country, that would

9  deprive you of certain valuable civil rights:  Your right to

10 vote, your right to hold office, your right to serve on a

11 jury, and your right to possess any kind of firearm.

12        Do you understand that, Mr. Finkelstein Winer?

13 A.  Yes, I do, Your Honor.

14 Q.  Do you understand that, Mr. Salazar Buitrago?

15 A.  Yes, Your Honor.

16 Q.  Now, because you both are not United States citizens, I

17 must advise you that this plea of guilty, when it is accepted,

18 will deprive you of certain valuable immigration rights.  That

19 is your ability to remain in the United States or return to

20 the United States.

21        Mr. Finkelstein Winer, do you understand that?

22 A.  Yes, I do, Your Honor.

23 Q.  And Mr. Salazar Buitrago, do you understand that?

24 A.  Yes, Your Honor.

25 Q.  Now, do you both understand that because you are pleading

THURSDAY, MAY 23, 2013

```
 1   guilty, you are giving up your right to finish your jury trial
 2   in connection with this matter?  Mr. Finkelstein Winer?
 3   A.  Yes, Your Honor.
 4   Q.  And Mr. Vazquez Buitrago?
 5   A.  Yes, Your Honor.
 6   Q.  And you are giving up the following rights that come with
 7   a jury trial:  Requiring the Government to prove your guilt
 8   beyond a reasonable doubt; you are giving up the right to have
 9   your attorney who would be able to see, hear, and
10   cross-examine the witnesses against you; you are giving up
11   your right to compulsory process that would require people to
12   come to court and testify in your case; and you are giving up
13   your right not to testify, unless you chose to testify, and
14   the jury could not hold it against you during their
15   deliberations that you did not testify.
16           Do you each understand that because you are pleading
17   guilty, you are giving up all of these rights and there will
18   be no continuation of the trial in this matter?
19           Mr. Finkelstein Winer, do you understand that?
20   A.  Yes, I do, Your Honor.
21   Q.  And Mr. Salazar Buitrago, do you understand that?
22   A.  Yes, Your Honor.
23           THE COURT:  Counsel for the United States, had this
24   trial continued, what would the Government have been prepared
25   to prove?
```

THURSDAY, MAY 23, 2013

1          MS. HOFFMAN:  Your Honor, the evidence that the

2    Government would have been prepared to prove would be in

3    summary in the following.  I'm going to -- parts of it as to

4    both, Your Honor, and then I'll distinguish where it is just

5    one.

6          Beginning as early as April 2009 and continuing

7    through the return of the date of the indictment, which was

8    June 7th of 2011, both defendants participated in a conspiracy

9    to manufacture and/or distribute cocaine with the intent that

10   the cocaine would be imported into the United States.

11         Mr. Buitrago acted and operated as a mechanic

12   servicing planes for the drug trafficking persons in the

13   indictment building fuel modification systems or supplying

14   spare parts for the use of enchonches as well as repair

15   systems of the planes.

16         Mr. Finkelstein Winer brokered an aircraft to a

17   codefendant in this indictment beginning in the late winter of

18   2009 through much of 2010.  That aircraft was not successfully

19   transmitted to the drug traffickers, but the monies had been

20   paid for it.

21         Both aircraft that the gentlemen were involved in

22   were intended to be used to transport narcotics that were

23   going to arive in the United States.

24   BY THE COURT:

25   Q.  Mr. Finkelstein Winer, do you accept the factual basis as

THURSDAY, MAY 23, 2013

1   stated by the United States?

2   A.  Yes, I do, Your Honor.

3   Q.  Mr. Salazar Buitrago, do you accept is the factual basis

4   as stated by the United States?

5   A.  Yes, Your Honor.

6   Q.  Mr. Salazar Buitrago, how do you plead to count one of the

7   indictment, guilty or not guilty?

8   A.  Guilty.

9   Q.  Mr. Finkelstein Winer, how do you plead to count one of

10  the indictment, guilty or not guilty?

11  A.  Guilty, Your Honor.

12          THE COURT:  It is the finding of the Court that in

13  this case each defendant is fully competent and capable of

14  entering an informed plea; they are each aware of the nature

15  of the charge and the consequence of the plea; and the plea of

16  guilty is knowing and voluntary supported by an independent

17  base of fact containing each of the essential elements of the

18  offense; the plea is therefore accepted, and they are now

19  adjudged guilty of the offenses charged in count one of the

20  indictment.

21          I understand, Counsel, that this plea requires

22  immediate sentence in connection with this matter, and there

23  is an agreed upon sentence between Counsel.

24          MR. PATEL:  Yes, ma'am.

25          MS. HOFFMAN:  Your Honor, I don't believe it requires

THURSDAY, MAY 23, 2013

```
 1   it, but it can be done, if the Court chooses to waive the
 2   presentence report and/or the defendants agree, as well.  The
 3   defendants would have to waive it, as well, for the Court to
 4   sentence today.  It is within their prerogative and yours.
 5              MR. QUINON:  We waive, Your Honor.
 6              MR. PATEL:  Judge, on behalf of Mr. Buitrago, we
 7   waive.
 8              THE COURT:  I accept the defendants pleas under
 9   11(c)(1)(c) and sentence them to 36 months incarceration.
10              MS. HOFFMAN:  For some reason, I stood up.  It seemed
11   like a great moment, I'm sorry.
12              THE COURT:  It appears as if both individuals are not
13   United States citizens, so I'm not going to sentence to any
14   term of supervised release.  I'll do it to three years
15   nonreporting.  If that turns out to be incorrect, I'm certain
16   that the United States probation office will correct me.
17              I'm going to ask that both defendants and their
18   attorneys cooperate with the United States Probation because
19   they are going to need some sort of presentence report while
20   they are incarcerated.
21              I'm going to also ask that each defendant be given
22   credit for time served while in Colombia, and I understand
23   they were both arrested on the same day.
24              Ivan, for the record, that would be?
25              THE COURTROOM DEPUTY:  September the 1st, 2011.
```

THURSDAY, MAY 23, 2013

```
 1          THE COURT:  As well as their credit obviously for
 2    time in United States custody.
 3          Anything further on behalf of Mr. -- I'm sorry,
 4    Counsel for the United States?
 5          MS. HOFFMAN:  We also have to impose the mandatory
 6    special assessment.
 7          THE COURT:  The mandatory special assessment is $100
 8    as to each defendant.
 9          THE COURT:  Is there any forfeiture?
10          MS. HOFFMAN:  There is not, Your Honor; but also the
11    surrender to Immigration, all of that.
12          THE COURT:  You obviously have to cooperate with
13    Immigration for removal in connection with these offenses.
14          MR. QUINON:  Judge, the only other thing that I
15    request is that the judgment and commitment order, the Court
16    put in there that be incarcerated as close as possible to
17    South Florida because Mr. Finkelstein has family here, and
18    probably -- Mr. Buitrago probably would like to have that too.
19          THE COURT:  I'll make that recommendation, but I'm
20    certain both Counsel have explained to the defendants that I
21    have little to no control over where you will be housed.
22    That's an administrative matter by the Bureau of Prisons, but
23    I will make the request that you be housed as close to South
24    Florida as possible.
25          MR. PATEL:  On behalf of Mr. Buitrago, my
```

1    recommendation would be slightly different due to his physical

2    ailments, the fact that he has open heart surgery and suffers

3    from cardiac problems, I would ask Your Honor to recommend a

4    facility capable of handling his medical issues.

5              THE COURT:  I'll recommend a facility that is capable

6    of handling his cardiac issues.

7              MR. PATEL:  Lastly, Judge, would the Government

8    dismiss counts two and three against Mr. Buitrago?

9              MS. HOFFMAN:  Yes.

10             THE COURT:  Counts two and three as to Buitrago are

11   hereby dismissed.

12             Anything else in connection with this matter?

13             MR. PATEL:  No, ma'am.

14             MR. QUINON:  No, Your Honor.

15             THE COURT:  Thank you very much.

16             MR. QUINON:  Thank you.

17        (PROCEEDINGS ADJOURNED AT 10:53 a.m.)

18                    **C–E–R–T–I–F–I–C–A–T–E**

19        I hereby certify that the foregoing is an accurate

20   transcription and proceedings in the above-entitled matter.

21   **5/29/2013**              **/s/DIANE MILLER**
     DATE                  DIANE MILLER, RMR, CRR
22                         Official United States Court Reporter
                           Wilkie D. Ferguson Jr. U.S. Courthouse
23                         400 North Miami Avenue, Suite 11-2
                           Miami, FL  33128
24                         305- 523-5152   (fax) 305-523-5159

25

                    THURSDAY, MAY 23, 2013

**$**

$100 [1]  21/7

**/**

/s/DIANE [1]  22/21

**1**

10-20798-CR-COOKE [1]  1/2
10:27 [1]  6/21
10:35 [1]  6/22
10:53 [1]  22/17
11 [5]  3/25 13/16 14/4 14/11 20/9
11-2 [2]  2/8 22/23
11200 [1]  1/18
12th [1]  4/5
150 [1]  2/3
1700 [1]  2/3
1st [2]  15/5 20/25

**2**

2009 [2]  18/6 18/18
2010 [1]  18/18
2011 [5]  4/9 15/5 15/9 18/8 20/25
2012 [2]  4/5 15/7
2013 [2]  1/6 22/21
20th [1]  1/18
23 [1]  1/6
2333 [1]  1/21
27 [1]  1/9

**3**

305 [2]  2/9 22/24
305-523-5159 [1]  22/24
33128 [2]  2/9 22/23
33129 [1]  1/22
33130 [1]  2/4
33172 [1]  1/18
36 [7]  4/20 5/3 5/13 7/6 13/18 15/4 20/9
36-month [2]  3/25 15/8
37 [1]  9/14

**4**

400 [2]  2/8 22/23
48 [1]  10/10

**5**

5/29/2013 [1]  22/21
5152 [2]  2/9 22/24
5159 [1]  22/24
523-5152 [2]  2/9 22/24

**6**

60 [1]  8/7

**7**

7th [1]  18/8

**A**

a.m [3]  6/21 6/22 22/17
ability [1]  16/19
able [1]  17/9
about [3]  9/17 11/9 11/22
above [1]  22/20
above-entitled [1]  22/20
abroad [1]  4/7
absent [1]  12/15
accept [4]  13/17 18/25 19/3 20/8

accepted [2]  16/17 19/18
accurate [1]  22/19
acted [1]  18/11
actual [1]  14/24
addiction [2]  9/5 9/13
ADJOURNED [1]  22/17
adjudged [1]  19/19
administrative [1]  21/22
advise [1]  16/17
advisory [1]  13/11
after [2]  5/14 11/12
again [1]  4/18
against [4]  7/23 17/10 17/14 22/8
agents [1]  3/7
ago [1]  9/17
agree [2]  20/2
agreed [1]  19/23
ailments [1]  22/1
aircraft [3]  18/16 18/18 18/21
alcohol [6]  9/6 9/13 9/24 10/8 10/10 10/20
 17/17 21/11
all [9]  3/2 5/11 6/14 6/16 8/10 11/11 13/21
 17/17 21/11
already [1]  15/8
also [3]  20/21 21/5 21/10
am [2]  5/12 8/7 14/4
amenable [1]  7/7
AMERICA [1]  1/5
amount [1]  14/24
and/or [2]  18/9 20/2
ANDREA [2]  1/16 3/6
another [1]  6/1
answer [1]  7/22
any [19]  4/7 7/22 9/3 9/5 9/11 9/13 9/15
 9/19 9/24 10/2 10/8 10/10 10/16 10/20
 14/24 15/19 16/11 20/13 21/9
anyone [3]  15/19 15/23 15/24
anything [7]  11/9 11/22 15/19 15/23 15/24
 21/3 22/12
apologize [1]  13/16
APPEARANCES [1]  1/15
appearing [3]  3/4 3/9 3/13
appears [1]  20/12
appellate [1]  14/12
apprised [1]  5/25
approach [1]  4/19
approval [2]  5/4 5/7
April [1]  18/6
April 2009 [1]  18/6
are [48]
arive [1]  18/23
arraigned [1]  4/2
arrested [1]  20/23
as [21]  3/8 6/11 18/3 18/6 18/11 18/14
 18/14 18/25 19/4 20/2 20/3 20/12 21/1 21/1
 21/8 21/16 21/16 21/23 21/24 22/10
ask [9]  5/1 5/5 5/7 5/9 6/11 7/1 20/17 20/21
 22/3
asked [1]  4/21
assessment [2]  21/6 21/7
Assistant [1]  3/15
attack [1]  9/18
attorney [7]  1/17 11/4 11/12 11/17 11/20
 12/1 17/9
Attorney's [1]  3/7
attorneys [1]  20/18
AUSA [2]  1/16 1/17
available [2]  5/2 5/17

Avenue [3]  1/21 2/8 22/23
aware [2]  5/10 19/14

**B**

back [3]  3/2 4/3 6/1
barely [1]  8/9
base [1]  19/17
basis [3]  14/23 18/25 19/3
BATOFF [3]  2/2 3/15 5/1
Batoff's [1]  6/9
be [19]  6/1 6/13 7/2 7/5 7/23 13/19 17/9
 17/18 18/2 18/10 18/22 20/1 20/15 20/21
 20/24 21/16 21/21 21/23 22/1
because [13]  9/17 9/18 11/13 11/25 14/3
 14/10 14/18 15/9 16/16 16/25 17/16 20/18
 21/17
been [16]  4/8 4/13 5/12 8/25 9/3 9/5 9/8
 11/18 14/25 15/4 15/18 15/22 15/24 17/24
 18/2 18/19
before [2]  1/13 3/12
beginning [4]  7/15 15/9 18/6 18/17
behalf [9]  3/4 3/7 3/9 3/12 3/13 3/16 20/6
 21/3 21/25
being [2]  5/13 15/2
believe [5]  4/4 10/12 10/22 11/13 19/25
best [3]  11/13 12/1 12/3
between [1]  19/23
beyond [1]  17/8
binding [1]  13/18
blood [1]  9/23
Bogota [1]  8/16
born [3]  8/4 8/15 8/16
both [18]  5/25 6/3 7/1 7/10 7/21 13/1 14/3
 15/4 16/2 16/16 16/25 18/4 18/8 18/21
 20/12 20/17 20/23 21/20
bound [2]  13/19 14/4
Brickell [1]  1/21
brokered [1]  18/16
Buga [1]  8/5
building [1]  18/13
BUITRAGO [35]
Bureau [1]  21/22

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  22/18
calm [1]  5/22
can [8]  5/5 5/6 5/19 6/11 6/12 6/13 7/6 20/1
can't [1]  13/20
capable [3]  19/13 22/4 22/5
cardiac [3]  10/6 22/3 22/6
cardioarrhythmia [1]  10/7
Cardioasparina [1]  9/23
case [13]  1/2 3/7 11/3 12/18 12/24 13/3
 13/12 14/5 15/13 15/16 15/20 17/12 19/13
certain [6]  14/11 14/11 16/9 16/18 20/15
 21/20
certify [1]  22/19
change [4]  1/12 3/19 3/24 7/5
charge [1]  19/15
charged [1]  19/19
charges [5]  10/13 10/23 11/3 14/22 15/10
chooses [1]  20/1
chose [1]  17/13
citizen [2]  8/13 8/23
citizens [2]  16/16 20/13
civil [1]  16/9
client [11]  3/19 4/2 4/12 4/13 5/3 5/14 6/5

**C**

client... [4]  7/3 7/5 10/13 10/22
close [2]  21/16 21/23
cocaine [2]  18/9 18/10
codefendant [1]  18/17
college [1]  8/20
Colombia [9]  8/5 8/11 8/12 8/16 8/22 8/23
  15/6 15/10 20/22
Colombian [1]  8/13
come [3]  3/3 17/6 17/17
coming [3]  9/25 10/8 10/18
commitment [1]  21/15
competent [3]  10/13 10/23 19/13
completed [1]  8/9
compulsory [1]  17/11
connection [5]  7/22 17/2 19/22 21/13 22/12
consequence [1]  19/15
conspiracy [1]  18/8
containing [1]  19/17
continuation [1]  17/18
continued [1]  17/24
continuing [1]  18/6
control [1]  21/21
conversations [1]  5/6
COOKE [2]  1/2 1/13
cooperate [2]  20/18 21/12
correct [9]  3/21 3/22 4/15 10/4 12/3 12/5
  12/6 12/8 20/16
counsel [8]  6/10 10/22 14/18 17/23 19/21
  19/23 21/4 21/20
Counseled [1]  12/10
count [9]  3/20 6/11 6/13 12/4 12/8 12/11
  19/6 19/9 19/19
country [2]  8/21 16/8
counts [3]  6/15 22/8 22/10
court [24]
Courthouse [1]  22/22
COURTROOM [1]  3/2
CR [1]  1/2
credit [3]  4/9 20/22 21/1
cross [1]  17/10
cross-examine [1]  17/10
CRR [2]  2/7 22/21
custody [6]  4/7 4/8 15/5 15/6 15/9 21/2
CYNTHIA [2]  1/17 3/6

**D**

date [2]  18/7 22/21
day [3]  1/8 10/4 20/23
defendant [5]  7/16 14/19 19/13 20/21 21/8
defendants [16]  1/9 6/3 7/1 7/10 7/13 7/21
  12/11 14/21 14/25 15/4 18/8 20/2 20/3 20/8
  20/17 21/20
Defender [1]  2/2
Defenders [1]  3/16
defense [1]  6/16
DEFT [2]  1/20 2/1
deliberations [1]  17/15
depression [2]  9/1 9/9
deprive [2]  16/9 16/18
DEPUTY [1]  3/2
determine [1]  13/3
diane [4]  2/7 2/10 22/21 22/21
did [6]  4/19 5/5 5/7 8/8 8/19 17/15
different [1]  22/1

**DIRECT [1]  7/19**
discuss [1]  5/1
discussed [2]  11/25 13/1
discussing [1]  11/12
discussions [1]  4/18
disinclined [1]  13/19
dismiss [1]  22/8
dismissed [1]  22/11
distinguish [1]  18/4
distribute [1]  18/9
DISTRICT [3]  1/1 1/1 1/13
dizzy [1]  10/7
do [40]
doesn't [1]  6/14
don't [1]  19/25
done [1]  20/1
doubt [1]  17/8
down [1]  5/23
drug [2]  18/12 18/19
drugs [6]  9/13 9/14 9/16 9/18 9/24 10/16
due [2]  10/7 22/1
during [1]  17/14

**E**

e-mail [2]  4/25 5/19
each [7]  14/19 17/16 19/13 19/14 19/17
  20/21 21/8
early [1]  18/6
economics [1]  8/20
eight [1]  9/17
elementary [1]  8/9
elements [1]  19/17
eligibility [1]  12/15
else [4]  15/19 15/23 15/24 22/12
enchonches [1]  18/14
enter [3]  3/20 10/13 10/23
entered [1]  15/2
entering [1]  7/5 19/14
entitled [2]  22/20
ESQ [4]  1/20 1/20 2/1 2/2
essential [1]  19/17
estimate [1]  13/11
even [1]  5/10
ever [4]  8/25 9/3 9/5 9/8
Everybody [1]  5/15 5/22
everything [2]  5/14 11/24
evidence [1]  18/1
examine [1]  17/10
EXAMINTION [1]  7/19
excellent [1]  11/24
explained [1]  21/20

**F**

face [1]  12/11
facility [2]  22/4 22/5
fact [2]  19/17 22/2
factual [3]  14/22 18/25 19/3
faint [1]  10/7
fair [1]  5/13
false [2]  7/23 7/24
family [1]  21/17
far [2]  8/8 8/19
fax [1]  22/24
February [1]  15/6
Federal [1]  3/16
felony [1]  16/3
Ferguson [1]  22/22

**Fifty [1]  8/18**
Fifty-nine [1]  8/18
finding [1]  19/12
finish [2]  4/24 17/1
FINKELSTEIN [32]
firearm [1]  16/11
first [1]  8/9
FL [2]  2/9 22/23
Flagler [1]  2/3
FLORIDA [7]  1/1 1/7 1/18 1/22 2/4 21/17
  21/24
flsd.uscourts.gov [2]  2/10
following [2]  17/6 18/3
foregoing [1]  22/19
forfeiture [1]  21/9
fuel [1]  18/13
fully [2]  12/25 19/13
further [1]  21/3

**G**

gentlemen [1]  18/21
get [2]  4/9 10/7
getting [1]  4/20
give [1]  7/23
given [1]  20/21
giving [7]  14/11 17/1 17/6 17/8 17/10 17/12
  17/17
go [2]  8/8 8/19
going [6]  18/3 18/23 20/13 20/17 20/19
  20/21
good [1]  6/9
got [1]  5/4
GOVERNMENT [6]  1/16 3/23 17/7 17/24
  18/2 22/7
Government's [1]  7/6
grade [1]  8/9
graduate [1]  8/20
great [1]  20/11
guidelines [5]  13/2 13/10 13/23 14/1 14/13
guilt [1]  17/7
guilty [24]

**H**

had [13]  4/21 4/22 4/25 6/21 9/17 9/24 10/8
  10/10 10/16 11/2 11/16 17/23 18/19
hand [1]  7/1
handling [2]  22/4 22/6
hands [1]  7/11
happened [1]  5/14
has [9]  4/7 4/8 5/14 15/19 15/22 15/23
  15/23 21/17 22/2
have [33]
haven't [1]  5/12
he [6]  4/7 4/8 4/9 4/18 4/20 22/2
hear [1]  17/9
heart [4]  9/18 10/5 10/6 22/2
HELAINE [2]  2/2 3/15
here [3]  5/14 15/3 21/17
hereby [1]  22/11 22/19
him [2]  4/19 6/12
his [4]  3/19 22/1 22/4 22/6
HOFFMAN [3]  1/16 3/6 5/16
hold [2]  16/10 17/14
Honor [45]
HONORABLE [1]  1/13
hours [1]  10/10
housed [2]  21/21 21/23

## H

how [6]  8/6 8/8 8/17 8/19 19/6 19/9
However [1]  15/7
Hugo [1]  7/18

## I

I'll [5]  7/1 18/4 20/14 21/19 22/5
I'm [12]  4/23 5/11 6/10 15/1 18/3 20/11
 20/13 20/15 20/17 20/21 21/3 21/19
illegal [1]  9/15
illness [2]  9/3 9/11
immediate [1]  19/22
immigration [3]  16/18 21/11 21/13
imported [1]  18/10
impose [1]  21/5
imprisonment [2]  12/14 15/4
incarcerated [2]  20/20 21/16
incarceration [2]  3/25 20/9
include [1]  15/8
incorrect [1]  20/15
independent [1]  19/16
indictment [11]  3/21 11/3 11/17 12/5 12/12
 18/7 18/13 18/17 19/7 19/10 19/20
individuals [1]  20/12
informed [2]  11/18 19/14
intended [1]  18/22
intent [1]  18/9
interest [1]  11/14
interested [2]  4/18 5/12
interpreter [1]  3/17
interpreters [1]  6/8
interrupt [1]  13/15
investigate [1]  4/17
involved [1]  18/21
is [53]
issues [2]  22/4 22/6
it [22]  5/25 6/11 6/13 6/14 6/14 13/11 13/20
 15/9 16/17 17/14 18/3 18/4 18/20 19/12
 19/25 20/1 20/1 20/3 20/4 20/10 20/12
 20/14
it's [2]  11/13 12/1
Ivan [1]  20/24

## J

JOHN [4]  1/7 1/20 7/12 7/16
JOSE [7]  1/8 1/20 1/21 2/1 3/11 7/12 7/18
Jr [1]  22/22
JUDGE [7]  1/13 4/14 5/9 6/25 20/6 21/14
 22/7
judgment [1]  21/15
July [1]  4/3
June [3]  4/5 15/7 18/8
June 12th [1]  4/5
June 7th [1]  18/8
jury [4]  16/11 17/1 17/7 17/14
just [9]  5/4 5/22 5/24 6/11 6/12 6/18 8/9
 13/11 18/4

## K

Kash [1]  3/15
KASHYAP [1]  2/1
keep [1]  5/25
kind [6]  5/7 9/15 9/19 9/22 10/2 16/11
know [2]  5/11 13/22
knowing [1]  19/16
KRISTINA [2]  1/20 3/11

## L

language [1]  13/17
last [1]  9/15
Lastly [1]  22/7
late [1]  18/17
later [1]  7/23
lawyer [2]  11/7 11/18
let [1]  5/11
letting [1]  4/23
life [1]  12/13
like [6]  3/23 3/24 4/17 6/18 20/11 21/18
little [1]  21/21

## M

ma'am [13]  5/18 6/6 8/24 9/2 9/4 9/21 10/1
 10/14 10/19 10/21 12/9 19/24 22/13
made [3]  4/13 14/25 15/19
mail [2]  4/25 5/19
make [3]  6/2 21/19 21/23
making [1]  7/24
mandatory [3]  12/14 21/5 21/7
manufacture [1]  18/9
MARANGES [2]  1/20 3/11
MARCIA [1]  1/13
matter [10]  4/3 6/14 7/22 11/12 17/2 17/18
 19/22 21/22 22/12 22/20
maximum [4]  12/11 12/13 12/18 12/24
may [3]  1/6 10/7 13/15
MBA [1]  8/20
me [2]  4/22 20/16
Meaning [1]  14/22
mechanic [1]  18/11
medical [1]  4/11
medication [3]  9/20 10/3 10/17
medications [1]  10/4
meet [1]  5/20
mental [2]  9/3 9/11
MIAMI [8]  1/7 1/18 1/22 2/4 2/8 2/9 22/23
 22/23
microphones [2]  6/10 6/16
might [2]  13/12 14/12
miller [4]  2/7 2/10 22/21 22/21
minimum [1]  12/14
Miss [3]  5/1 5/16 6/9
Miss Batoff [1]  5/1
Miss Batoff's [1]  6/9
Miss Hoffman [1]  5/16
modification [1]  18/13
moment [2]  6/4 20/11
monies [1]  18/19
month [2]  3/25 15/8
months [7]  5/3 5/13 7/6 9/17 13/18 15/4
 20/9
morning [1]  4/19
Mr [8]  3/9 3/13 3/16 7/7 10/14 15/15 20/6
 21/3
Mr. [62]
Mr. Buitrago [7]  14/16 15/6 16/6 18/11
 21/18 21/25 22/8
Mr. Finkelstein [26]
Mr. Patel [7]  4/11 4/16 4/25 5/8 6/4 7/3
 10/12
Mr. Patel's [1]  5/3
Mr. Quinon [1]  3/18
Mr. Salazar [18]  5/17 7/17 8/2 8/4 9/8 10/2
 11/16 12/7 12/23 13/6 13/12 14/8 15/18

## N

names [1]  7/14
narcotic [1]  9/13
narcotics [2]  9/5 18/22
nature [1]  19/14
need [4]  6/4 6/7 13/22 20/19
negative [1]  10/11
never [1]  4/22
nine [1]  8/18
no [22]  1/2 4/13 4/23 5/21 9/2 9/4 9/7 9/10
 9/12 10/1 10/9 10/11 10/19 10/21 12/19
 14/24 15/21 16/1 17/18 21/21 22/13 22/14
nonreporting [1]  20/15
North [1]  22/23
not [25]
now [7]  6/1 7/21 13/1 16/2 16/16 16/25
 19/18
NW [1]  1/18

## O

oath [1]  7/22
obviously [2]  21/1 21/12
off [2]  6/10 6/17
offense [1]  19/18
offenses [3]  16/3 19/19 21/13
offer [5]  4/17 5/2 6/3 7/6 15/2
offered [1]  5/13
offers [1]  4/13
office [7]  1/17 2/2 3/7 5/6 6/2 16/10 20/16
Official [2]  2/8 22/22
old [3]  8/6 8/17 8/18
one [11]  3/20 6/1 6/7 6/11 12/5 12/8 12/12
 18/5 19/6 19/9 19/19
ones [1]  10/17
only [1]  21/14
open [1]  22/2
operated [1]  18/11
opportunity [2]  11/2 11/16
option [1]  12/3
order [2]  3/3 21/15
originally [1]  4/2
other [8]  9/24 10/16 14/25 15/18 15/20
 15/22 15/24 21/14
out [3]  5/5 6/18 20/15
outside [2]  5/16 6/1
over [1]  21/21

## P

P-R-O-C-E-E-D-I-N-G-S [1]  3/1
PA [1]  1/21
Pages [1]  1/9
paid [1]  18/20
participated [1]  18/8
parts [2]  18/3 18/14
past [1]  10/10
PATEL [10]  2/1 3/15 4/11 4/16 4/25 5/8 6/4
 7/3 10/12 10/14
Patel's [1]  5/3
penalties [3]  6/14 12/11 12/18

16/14 16/23 17/21 19/3 19/6
Mr. Vazquez [1]  17/4
Mr. Winer [1]  7/15
much [4]  7/9 11/8 18/18 22/15
must [1]  16/17
my [9]  4/13 5/6 5/13 6/2 7/5 10/6 11/18
 12/3 21/25

USA vs. Buitrago/Winer                                                        26

**P**

penalty [1]  12/13
people [1]  17/11
perfectly [1]  12/25
perjury [1]  7/24
persons [1]  18/12
physical [1]  22/1
place [1]  14/20
placed [3]  15/18 15/22 15/25
Plaintiff [1]  1/6
planes [2]  18/12 18/15
plea [19]  3/19 3/20 3/24 3/24 4/17 5/7 7/6
  7/6 10/13 10/23 13/17 13/20 15/2 16/17
  19/14 19/15 19/15 19/18 19/21
plead [2]  19/6 19/9
pleading [12]  11/13 11/25 12/4 12/7 14/3
  14/10 14/19 15/13 15/16 16/2 16/25 17/16
pleas [2]  1/12 20/8
please [5]  3/3 5/17 6/6 7/14 14/21
possess [1]  16/11
possibility [1]  5/10
possible [2]  21/16 21/24
prefer [1]  6/13
prepared [3]  6/2 17/24 18/2
prerogative [1]  20/4
prescription [3]  9/20 10/3 10/17
present [2]  3/12 3/17
presentence [2]  20/2 20/19
presently [1]  9/19
pressure [1]  9/23
previous [1]  3/19
prior [3]  9/24 10/8 10/17
Prisons [1]  21/22
probably [2]  21/18 21/18
probation [2]  20/16 20/18
problems [2]  10/6 22/3
proceed [2]  4/12 7/4
proceedings [4]  1/12 6/21 22/17 22/20
process [2]  5/25 17/11
promised [3]  15/19 15/23 15/24
promises [2]  14/25 15/20
prosecution [1]  7/24
prove [3]  17/7 17/25 18/2
provision [5]  13/17 13/20 14/4 14/5 14/11
Public [2]  2/3 3/16
purposes [1]  5/24
put [1]  21/16

**Q**

QUINON [4]  1/20 1/21 3/11 3/18
Quite [1]  11/21

**R**

raise [2]  7/1 7/10
range [1]  13/18
ready [2]  6/23 6/25
reason [1]  20/10
reasonable [1]  17/8
receive [2]  12/20 13/12
received [1]  11/20
recess [2]  6/20 6/21
recommend [2]  22/3 22/5
recommendation [2]  21/19 22/1
record [11]  3/4 3/18 4/11 5/24 7/2 7/14
  14/20 15/19 15/23 15/25 20/24
release [1]  20/14

remain [1]  16/19
removal [1]  21/13
repair [1]  18/14
report [2]  20/2 20/19
Reported [1]  2/7
Reporter [2]  2/8 22/22
representation [4]  11/6 11/9 11/19 11/22
request [2]  21/15 21/23
require [1]  17/11
requires [1]  19/21 19/25
Requiring [1]  12/7
responded [1]  4/22
resumed [1]  6/21
return [1]  16/19 18/7
review [2]  11/3 11/17
rhythm [1]  10/6
right [11]  6/1 7/11 13/21 16/9 16/10 16/10
  16/11 17/4 17/8 17/11 17/13
rights [6]  13/22 14/12 16/9 16/18 17/6
  17/17
rise [1]  3/2
RMR [2]  2/7 22/21
room [2]  2/8 6/19
Rule [4]  3/25 13/16 14/4 14/11

**S**

safety [1]  12/15
said [1]  5/19
SALAZAR [24]
same [3]  6/2 6/14 20/23
satisfied [5]  11/6 11/10 11/19 11/21 11/23
school [3]  8/8 8/9 8/19
seat [1]  5/15
seats [1]  5/22
second [1]  4/23
see [2]  5/16 17/9
seemed [2]  20/10
sent [1]  4/25
sentence [10]  12/14 13/12 15/2 15/3 15/8
  19/22 19/23 20/4 20/9 20/13
sentences [1]  13/3
sentencing [6]  13/2 13/10 13/18 13/23
  13/25 14/12
September [4]  4/9 15/5 15/9 20/25
September 1 [2]  4/9 15/9
September 1st [1]  15/5
serve [1]  16/10
served [2]  15/8 20/22
servicing [1]  18/12
session [1]  3/3
several [1]  10/4
she [1]  5/9
should [1]  16/8
simultaneously [1]  7/7
since [2]  4/9 15/5
sir [2]  11/12 13/25
slightly [1]  22/1
so [5]  4/19 6/12 11/14 13/19 20/13
some [3]  14/19 20/10 20/19
sorry [3]  15/1 20/11 21/3
sort [1]  20/19
South [2]  21/17 21/23
SOUTHERN [1]  1/1
Spanish [1]  6/9
spare [1]  5/9
speak [1]  4/21
speaking [1]  6/1

special [2]  21/6 21/7
specific [2]  14/4 14/19
spent [1]  4/7
spoke [1]  3/23
state [1]  7/14
stated [2]  19/1 19/4
statement [1]  7/24
STATES [20]  1/1 1/5 1/13 3/5 12/10 14/18
  16/16 16/19 16/20 17/23 18/10 18/23 19/1
  19/4 20/13 20/16 20/18 21/2 21/4 22/22
statute [2]  12/20 12/21
statutory [2]  12/13 12/24
step [3]  5/5 5/16 6/18
stood [1]  20/10
Street [2]  1/18 2/3
successfully [1]  18/18
suffers [1]  22/2
Suite [3]  1/22 2/3 22/23
summary [1]  18/3
supervised [1]  20/14
supervisory [1]  5/7
supplying [1]  18/13
supported [1]  19/16
surgery [1]  22/2
surrender [1]  21/11
sworn [2]  7/2 7/13
systems [2]  18/13 18/15

**T**

table [1]  6/17
tables [1]  13/2
take [2]  5/15 5/22
taken [1]  10/17
taking [2]  9/19 10/2
tell [1]  6/12
telling [2]  5/11 5/12
ten [1]  12/15
term [3]  3/25 15/3 20/14
testify [4]  17/12 17/13 17/13 17/15
than [5]  9/24 10/16 15/18 15/22 15/24
thank [5]  7/9 12/22 15/1 22/15 22/16
that [97]
that's [6]  5/11 5/21 7/7 8/10 13/2 21/22
their [5]  13/22 17/14 20/4 20/17 21/1
them [2]  4/22 20/9
then [3]  13/18 13/20 18/4
there [9]  5/2 5/19 11/9 11/22 17/17 19/2
  21/9 21/10 21/16
therefore [1]  19/18
these [6]  10/13 10/23 15/4 15/10 17/17
  21/13
they [5]  4/22 5/25 19/14 19/18 20/19 20/20
  20/23
thing [2]  12/1 21/14
things [1]  14/20
think [2]  5/13 12/1
this [25]
those [5]  4/17 10/5 12/17 12/23 13/2
three [5]  6/13 6/14 20/14 22/8 22/10
through [4]  15/6 15/7 18/7 18/18
tier [1]  5/25
time [8]  4/7 4/10 9/10 9/15 14/24 15/8
  20/22 21/2
today [5]  9/25 10/8 10/18 15/3 20/4
too [1]  21/18
traffickers [1]  18/19
trafficking [1]  18/12

USA vs. Buitrago/Winer                                                                                    27

**T**

TRANSCRIPT [1]  1/12
transcription [1]  22/20
transmitted [1]  18/19
transport [1]  18/22
treated [4]  8/25 9/3 9/5 9/8
trial [7]  1/8 1/12 4/12 17/1 17/7 17/18 17/24
turning [1]  6/10
turns [1]  20/15
two [4]  5/25 9/17 22/8 22/10
two-tier [1]  5/25

**U**

U.S [4]  1/17 2/2 3/7 22/22
under [6]  3/24 7/22 13/16 13/20 13/22 20/8
understand [29]
understanding [3]  4/18 15/12 15/15
UNITED [20]  1/1 1/5 1/13 3/5 12/10 14/18
 16/16 16/19 16/20 17/23 18/10 18/23 19/1
 19/4 20/13 20/16 20/18 21/2 21/4 22/22
unless [1]  17/13
up [9]  14/11 15/6 17/1 17/6 17/8 17/10
 17/12 17/17 20/10
upon [1]  19/23
us [1]  6/18
use [3]  6/7 9/18 18/14
used [4]  7/23 9/14 9/15 18/22
uses [1]  13/3

**V**

Valle [1]  8/5
valuable [2]  16/9 16/18
valve [1]  12/15
Vazquez [1]  17/4
very [4]  7/9 11/8 14/19 22/15
voluntary [1]  19/16
vote [1]  16/10

**W**

Wait [1]  4/23
waive [4]  20/1 20/3 20/5 20/7
wanted [1]  5/11
was [13]  4/2 4/18 4/18 5/10 5/19 6/21 8/11
 8/16 9/15 15/6 15/9 18/7 18/18
we [17]  3/23 3/23 4/21 5/1 5/6 5/10 5/11
 5/12 5/19 6/20 6/25 7/6 13/20 14/10 20/5
 20/6 21/5
WEINER [1]  1/20
well [9]  3/8 5/9 6/12 11/18 12/25 18/14 20/2
 20/3 21/1
were [8]  5/10 7/13 8/4 8/15 18/21 18/22
 18/22 20/23
what [10]  8/21 9/22 12/10 12/20 13/22
 13/25 15/12 15/16 15/22 17/24
what's [2]  15/18 15/24
when [2]  9/15 16/17
where [5]  8/4 8/15 12/14 18/4 21/21
which [1]  18/7
while [2]  20/19 20/22
who [2]  3/16 17/9
Wilkie [1]  22/22
will [8]  4/17 6/1 7/5 16/18 17/17 20/16
 21/21 21/23
willing [1]  7/3
WINER [26]
winter [1]  18/17
wishes [2]  3/19 4/12

within [1]  20/4
witnesses [1]  17/10
WOOD [2]  1/17 3/6
would [21]  3/23 3/24 4/9 4/17 6/18 12/20
 14/20 15/8 16/8 17/9 17/11 17/24 18/2 18/2
 18/10 20/3 20/24 21/18 22/1 22/3 22/7

**Y**

years [5]  8/18 9/14 9/17 12/15 20/14
yes [44]
yesterday [2]  3/8 4/21
you [112]
your [81]
yours [1]  20/4